**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Albert Panuco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-cr-00084-AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE TO NOVEMBER 12, 2013; ORDER THEREON** |
| ALBERT PANUCO, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for October 15, 2013, **be continued to November 12, 2013, at 1:00 P.M.**  Defense counsel requests additional time due to an unavoidable scheduling conflict.

///
///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  October 10, 2013         /S/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 ALBERT PANUCO

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  October 10, 2013         /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the 4th Status Conference in the above captioned matter is continued from October 15, 2013, to **November 12, 2013, at 1:00 P.M.  before Judge McAuliffe** . Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:   **October 11, 2013**              /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE