1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00084 AWI

12                  Plaintiff,            STIPULATION TO SET HEARING FOR CHANGE
                                          OF PLEA AND ORDER THEREON
13        v.

14  ALBERT PANUCO,

15                  Defendant.

16

17       Defendant, ALBERT PANUCO, through his counsel, Carol Ann Moses and the United States of

18  America, through its counsel, Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez,

19  Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea

20  hearing on December 23, 2014 before Senior United States District Judge Anthony W. Ishii. The parties

21  also stipulate that the Status Conference presently set on December 23, 2013 at 1:00 p.m. before

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation to Set Hearing for                    1
Change of Plea

Magistrate Judge Barbara A. McAuliffe be vacated.

Dated:  December 17, 2013  
BENJAMIN B. WAGNER  
United States Attorney

/s/ Kevin P. Rooney  
KEVIN P. ROONEY  
Assistant United States Attorney

/s/ Carol Ann Moses  
Dated:  December 17, 2013  
CAROL ANN MOSES  
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Change of Plea hearing for defendant ALBERT PANUCO is set on December 23, 2013 at 10:00 a.m. and the Status Conference set on December 23, 2013 at 1:00 p.m. is vacated.

IT IS SO ORDERED.

Dated:   December 18, 2013  
_____  
SENIOR  DISTRICT  JUDGE