1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 575 East Alluvial, Ste. 105
Fresno, California  93720
3 Telephone:  (559) 449-9069
4 Facsimile:    (559) 513-8530

5 Attorney for Defendant, Albert Panuco

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00084-AWI-BAM |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **STIPULATION TO CONTINUE SENTENCING TO APRIL 14, 2014;** |
| 14 | ALBERT PANUCO, | **ORDER THEREON** |
| 15 | Defendant. | |

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter

19 set for March 3, 2014, **be continued to April 14, 2014, at 10:00 a.m.**  Defense counsel is still

20 waiting for discovery that the Prosecutor has requested from the Gilroy Police Department.

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE SENTENCING
HEARING TO APRIL 14, 2014;
[PROPOSED] ORDER THEREON

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated:  February 19, 2014          /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    ALBERT PANUCO

Dated:  February 19, 2014          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Kimberly S. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).


IT IS SO ORDERED.

Dated:   February 20, 2014          _____
                                    SENIOR  DISTRICT  JUDGE

STIPULATION TO CONTINUE SENTENCING
HEARING TO APRIL 14, 2014;
[PROPOSED] ORDER THEREON

2